IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JON WAYNE WALDREP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIRCUIT COURT TALLAPOOSA ) <br> CO. AL, ) <br> ) <br> Defendant. ) | CASE NO. 3:24-CV-843-WKW <br> [WO] |

## **FINAL JUDGMENT**

In accordance with the Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of August, 2025.

                                          /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE